IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMAL SNEED,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIERRA DANIELLE JONES, DISTRICT
JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84507

FILED

APR 2 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of a mandamus challenges a district court order denying a pretrial petition for a writ of habeas corpus in which petitioner alleged that a witness gave speculative testimony as to the value of allegedly stolen goods at the preliminary hearing, which was insufficient to support a charge of grand larceny.

We conclude that our intervention by extraordinary relief is not warranted because our review of pretrial probable cause determinations is generally disfavored, *see Kussman v. Eighth Judicial Dist. Court*, 96 Nev. 544, 545-46, 612 P.2d 679, 680 (1980); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v.*

22-13559

*Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (providing that writ relief is purely discretionary). Accordingly, we ORDER the petition DENIED.[1]

_____ , C.J.
Parraguirre

_____ , J.      _____ , J.
Hardesty                                          Stiglich

cc:     Hon. Tierra Danielle Jones, District Judge
        Clark County Public Defender
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]Petitioner's motion for stay filed April 6, 2022 is therefore denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A